IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY TERRY DAN, | |
| Plaintiff, | 8:20CV283 |
| vs. | |
| DOUGLAS COUNTY, and MICHAEL W. JENSEN, Prosecutor Attorney; | ORDER |
| Defendants. | |

IT IS ORDERED that:

1. Plaintiff's Motion for Time Extension (filing 12) is denied as moot. Plaintiff's initial partial filing fee payment of $8.02 was received on August 5, 2020.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 10th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge